# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZYMERGEN INC., *et al.*,[1] | Case No. 23-11661 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 316** |

## CERTIFICATE OF SERVICE

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2024, I caused to be served the "First Monthly Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP, as Investigations and Special Litigation Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from October 3, 2023 Through and Including October 31, 2023," dated January 16, 2024 [Docket No. 316], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Jack Lawrence*
Jack Lawrence

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers, are Zymergen Inc. (2439), Lodo Therapeutics Corporation (8730), enEvolv, Inc. (2402), and Genesis Acquisition Sub, LLC (3640). The corporate headquarters and the mailing address for the Debtors is 1440 Stanford Ave., Emeryville, California 94608.

# EXHIBIT A

Zymergen Inc., *et al*., Case No. 23-11661 (KBO)
Electronic Mail Fee Application Notice Parties Service List

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | ATTN: Curtis S. Miller, Matthew O. Talmo, Sophie Rogers Churchill | cmiller@morrisnichols.com; mtalmo@morrisnichols.com; srchurchill@morrisnichols.com |
| Office of the United States Trustee | ATTN: Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| Simpson Thacher | ATTN: Sandeep Qusba, David Zylberberg, Moshe Fink | squsba@stblaw.com; david.zylberberg@stblaw.com; moshe.fink@stblaw.com |
| Landis Rath & Cobb LLP | ATTN: Adam Landis, Matthew McGuire, Joshua Brooks | landis@lrclaw.com; mcguire@lrclaw.com; brooks@lrclaw.com |