## Exhibit A

### Assumed and Assigned Contracts as of Closing

1.      The Stanford Lease.

**Customer Contracts:**

2.      Master Contract Services Agreement, dated as of January 3, 2019, by and between Synlogic Operating Company, Inc. and enEvolv, Inc.

3.      Drug Discovery Collaboration and License Agreement, dated as of April 20, 2018, by and between Lodo Therapeutics Corporation, Genentech, Inc. and F. Hoffmann-La Roche Ltd.

4.      Master Equipment Purchase and Services Agreement, dated as of May 24, 2022, by and between Zymergen Inc. and Octant, Inc., including for the avoidance of doubt, all order forms thereunder.

5.      Grant Agreement, dated as of October 10, 2021, by and between Zymergen Inc. and the Bill & Melinda Gates Foundation.

6.      Strain Improvement Agreement (Threonine), dated as of February 14, 2018, by and between Zymergen Inc. and Archer Daniels-Midland Company.

7.      Proof of Concept Evaluation Agreement, dated as of March 22, 2021, by and between Zymergen Inc. and Bayer Research and Development Services LLC.

8.      Three Party Confidential Disclosure and Services Agreement, dated as of June 24, 2021, by and between Zymergen Inc., Bayer Research and Development Services LLC and Dr. Daniel R. Zeigler.

9.      Second Proof of Concept Evaluation Agreement, dated as of March 24, 2022, by and between Zymergen Inc. and Bayer Research and Development Services LLC.

**Vendor Contracts from Q4 Purchase Orders:**

10.     Master Agreement, dated as of December 12, 2022, by and between OneSource Virtual, Inc. and Zymergen Inc.

11.     Subscription Agreement, dated as of January 12, 2016, by and between Solium Plan Managers LLC and Zymergen Inc.

12.     Services Access Agreement, dated as of April 21, 2021, by and between Solium Capital LLC, Morgan Stanley Smith Barney LLC and Zymergen Inc.

13.     Group Insurance under Select Group Insurance Trust Policy No. 292000, dated as of

January 1, 2020, by and between Unum Life Insurance Company of America and Zymergen Inc.

14. Master Subscription Agreement, dated as of March 16, 2018, by and between Zymergen Inc. and Workday, Inc.

15. Order Form #00248025.0, dated as of March 15, 2021, by and between Zymergen Inc. and Workday, Inc.

16. Maintenance Agreement, dated as of February 23, 2023, by and between Zymergen Inc. and Golden Gate Office Solutions.

17. NetSuite Subscription Services Agreement, dated as of March 25, 2016, by and between Zymergen Inc. and NetSuite Inc.

18. Purchase Order ZY58994, by and between Zymergen Inc. and NetSuite Inc.

19. Purchase Order ZY63021, by and between Zymergen Inc. and NetSuite Inc.

20. Services Agreement, dated as of January 6, 2021, by and between Zymergen Inc. and Planet Equity Group LLC.

21. Master SaaS Agreement, dated as of April 29, 2019, by and between Snowflake Inc. and Zymergen Inc.

22. Snowflake AWS Marketplace Order, dated as of December 30, 2021, by and between Zymergen Inc. and Snowflake Inc.

23. Voice and Data Services Letter of Agency, dated as of July 11, 2019, by and between Zymergen Inc. and Dialink Corporation.

24. Purchase Order 6025577, dated as of August 8, 2023, by and between Zymergen Inc. and Mass Precision Inc.

25. Zymergen Nondisclosure Agreement, dated as of February 28, 2022, by and between Zymergen Inc. and Mass Precision Inc.

26. Purchase Order 6024251, dated as of July 14, 2023, by and between Zymergen Inc. and Automation Solutions of America, Inc.

27. Purchase Order 6024252, dated as of July 14, 2023, by and between Zymergen Inc. and Clayton Controls, Inc.

28. Engineering Proposal, dated as of April 3, 2023, by and between Zymergen Inc. and Studio

Red, Incorporated.

29.     Purchase Order ZY72298, dated as of July 4, 2023, by and between Zymergen Inc. and Studio Red, Incorporated.

30.     Master Subscription Agreement, dated as of March 2022, by and between Zymergen Inc. and Brightly Software, Inc.

31.     Agreement and Statement of Work, dated as of May 2, 2022, by and between Zymergen Inc. and Brightly Software, Inc.

32.     Letter Agreement, dated as of September 13, 2022, by and between Zymergen Inc. and ACE Fire Equipment and Service Co.

33.     Master Services Agreement, dated as of November 12, 2021, by and between Zymergen Inc. and Bay Cities Pyrotector Inc.

34.     Master Services Agreement, dated as of February 19, 2021, by and between Zymergen Inc. and Therma Holdings LLC.

35.     Facility Services Proposal, dated as of December 12, 2022, by and between Zymergen Inc. and DENS Facility Services, Inc.

36.     Amended and Restated Master Services Agreement, dated as of September 18, 2023, by and between Zymergen Inc. and Security Industry Specialists, Inc.

37.     Month to Month Rental Option, dated as of July 21, 2022, by and between Zymergen Inc. and Pape Material Handling.

38.     Terms & Conditions from December 2019, by and between Lone Worker Solutions Ltd and Zymergen Inc.

39.     Clearstone FTO Subscription Service Agreement, dated as of February 16, 2021, by and between ClearstoneIP, Inc. and Zymergen Inc.

40.     Purchase Order ZY72187, by and between Zymergen Inc. and Aerohive.

**Vendor Contracts from Q3 Purchase Orders:**

41.     Purchase Order ZY72425, dated as of July 4, 2023, by and between Zymergen Inc. and Alta Design and Manufacturing Inc.

42.     Purchase Order ZY72053, dated as of July 4, 2023, by and between Zymergen Inc. and AppColl, Inc.

43.     Purchase Order ZY72250, dated as of July 4, 2023, by and between Zymergen Inc. and

Brooks Automation, Inc.

44.    Purchase Order 6025393, dated as of August 6, 2023, by and between Zymergen Inc. and Ingenium Group, LLC.

45.    Purchase Order 6024949, dated as of July 28, 2023, by and between Zymergen Inc. and IPI Global Ltd.

46.    Purchase Orders ZY72434, ZY72110 and ZY72010, dated as of July 4, 2023, by and between Zymergen Inc. and Nippon Express U.S.A. Inc.

47.    Purchase Order 6026930, dated as of September 6, 2023, by and between Zymergen Inc. and Nippon Express U.S.A. Inc.

48.    Purchase Order ZY72293, dated as of July 4, 2023, by and between Zymergen Inc. and Synaccess Networks, Inc.

49.    Purchase Order ZY71043, dated as of July 4, 2023, by and between Zymergen Inc. and Tek-Matic Inc.

50.    Purchase Order ZY72398, dated as of July 4, 2023, by and between Zymergen Inc. and Veolia Environmental Services Technical Solutions LLC.