**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ZYMERGEN INC., *et al.*,[1] | ) | Case No. 23-11661 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. D.I. 445** |

**ORDER APPROVING STIPULATION AND AGREED ORDER
EXTENDING TIME FOR U.S. SECURITIES AND EXCHANGE
COMMISSION TO FILE A PROOF OF CLAIM**

The Court having considered the *Stipulation and Agreed Order Extending Time for U.S. Securities and Exchange Commission to File Proof of Claim*, a copy of which is annexed hereto as <u>Exhibit 1</u> and was submitted under certification of counsel (the "Stipulation"), it is hereby ORDERED that:

1.      The Stipulation is approved.

2.      The Stipulation is incorporated herein by reference and made a part hereof as if fully set forth herein.

3.      The Government Bar Date is extended, solely for the U.S. Securities and Exchange Commission (the "Commission"), through and including April 15, 2024, without prejudice to the  Commission's right to seek further extensions of the Government Bar Date, and without prejudice to the rights of the Liquidating Trustee to oppose any such extensions.

---

[1]     These chapter 11 cases are now being administered by the ZYM Liquidating Trust, pursuant to the terms of the Liquidating Debtors' *First Amended Joint Chapter 11 Plan of Liquidation* (D.I. 372-1).  The ZYM Liquidating Trust's mailing address is 500 West Cypress Creek Road, Ste 400, Fort Lauderdale, FL 33309.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order and the Stipulation.

**Dated: March 27th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**