# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ZYMERGEN INC.,[1] | Case No. 23-11661 (KBO) |
| Liquidating Debtor. | Re: D.I. 605 |

### ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the *Liquidating Trustee's Motion for Entry of an Order Further Extending the Deadline to Object to Claims* (the "Motion"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion and opportunity for a hearing was sufficient under the circumstances; and the Court having determined that the relief requested in the Motion is necessary and essential for the administration of the Debtors' confirmed chapter 11 Plan and such relief is in the best interests of the Liquidating Trust and the Liquidating Trust Beneficiaries and all other parties in interest; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] This chapter 11 case is now being administered by the ZYM Liquidating Trust, pursuant to the terms of the Liquidating Debtors' *First Amended Joint Chapter 11 Plan of Liquidation* [D.I. 372-1]. The ZYM Liquidating Trust's mailing address is 500 East Broward Boulevard, Ste 1700, Fort Lauderdale, FL 33394.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The deadline to file objections to claims is hereby extended six months, through and including September 30, 2025, without prejudice to the rights of the Liquidating Trustee to seek further extensions.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Order shall be effective and enforceable by its terms immediately upon entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 16th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**