---

ACE AMERICAN INSURANCE COMPANY
C/O CHUBB
202A HALL'S MILL RD, #2E
WHITEHOUSE STATION, NJ 08889

Claim Number: 10055
Claim Date: 12/11/2023
Debtor: ZYMERGEN INC.

---

| UNSECURED | Claimed: | $1,114.00 | | | |

ADVANCED CHEMICAL TRANSPORT INC
C/O KARR TUTTLE CAMPBELL
ATTN J DINO VASQUEZ
701 FIFTH AVE, STE 3300
SEATTLE, WA 98104

Claim Number: 10088
Claim Date: 01/04/2024
Debtor: ZYMERGEN INC.
Comments: EXPUNGED
DOCKET: 525 (07/17/2024)

---

| UNSECURED | Claimed: | $266,991.38 | | | |

ADVANCED CHEMICAL TRANSPORT LLC
C/O KARR TUTTLE CAMPBELL
ATTN J DINO VASQUEZ
701 FIFTH AVE, STE 3300
SEATTLE, WA 98104

Claim Number: 10089
Claim Date: 01/09/2024
Debtor: ZYMERGEN INC.
Comments: EXPUNGED
DOCKET: 525 (07/17/2024)

---

| UNSECURED | Claimed: | $266,991.38 | | | |

ALL SEASON MOVERS, INC.
909 NEWARK-JERSEY CITY TURNPIKE
KEARNY, NJ 07032

Claim Number: 10011
Claim Date: 11/22/2023
Debtor: ZYMERGEN INC.

---

| UNSECURED | Claimed: | $25,688.09 | Scheduled: | $15,358.42  UNLIQ DISP |

ALLIANCE ROOFING COMPANY INC
630 MARTIN AVENUE
SANTA CLARA, CA 95050

Claim Number: 10007
Claim Date: 11/06/2023
Debtor: ZYMERGEN INC.

---

| UNSECURED | Claimed: | $2,423.35 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ALMANAC IP ADVISORS LLP<br>22 HOFFMAN AVE.<br>ATTN: ROBERT SALTZBERG<br>SAN FRANCISCO, CA 94114 | | Claim Number: 10025<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC. | | | | |
| UNSECURED | Claimed: | $38,901.00 | Scheduled: | $31,081.50  UNLIQ DISP | | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 11<br>Claim Date: 12/08/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 585 (11/08/2024) | | | | |
| UNSECURED | Claimed: | $5,633.71 | Scheduled: | $3,943.23 | | |
| AOYAMA & PARTNERS<br>ATTN NORIHITO YAMAO<br>OSAKA UMEDA TWIN TOWERS NORTH<br>8-1, KAKUDA-CHO, KITA-KU<br>OSAKA 530-0017,<br>JAPAN | | Claim Number: 14<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | | |
| UNSECURED | Claimed: | $5,633.71 | | | | |
| ARE-EAST RIVER SCIENCE PARK, LLC<br>ATTN: CRAIG REIMER, ESQ.<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10026<br>Claim Date: 12/02/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $905,768.76 | | | Allowed: | $905,768.76 |
| ASM CAPITAL X LLC<br>TRANSFEROR: VATIT USA INC<br>ATTN: ADAM S. MOSKOWITZ<br>100 JERICHO QUADRANGLE - SUITE 230<br>JERICHO, NY 11753 | | Claim Number: 10029<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. | | | | |
| UNSECURED | Claimed: | $11,281.18 | | | | |

| ASTON CARTER INC.<br>ATTN: RONKE ADEYEMO<br>731 PARKWAY DRIVE<br>HANOVER, MD 21076 | Claim Number: 10000<br>Claim Date: 10/10/2023<br>Debtor: ZYMERGEN INC. |
|---|---|
| UNSECURED          Claimed: | $11,881.60 |
| BLUE MOUNTAIN QUALITY RESOURCES<br>690 GRAYS WOODS BLVD, STE 200<br>PORT MATILDA, PA 16870 | Claim Number: 10103<br>Claim Date: 12/02/2024<br>Debtor: ZYMERGEN INC. |
| UNSECURED          Claimed: | $27,121.50 |
| BOFA SECURITIES INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10048<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
| UNSECURED          Claimed: | $223,803.89 |
| BOFA SECURITIES INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10067<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: POSSIBLY AMENDED BY 10077<br>DOCKET: 430 (03/18/2024) |
| UNSECURED          Claimed: | $223,803.89 |
| BOFA SECURITIES INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10077<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10067 |
| UNSECURED          Claimed: | $223,803.89 |

ZYMERGEN INC. C/O CLAIMS PROCESSING CTR  Case 23-11661-KBO   Doc 609   Filed 04/16/25   Page 4 of 28
Alphabetical Claims Register for ZYMERGEN INC (ALL CASES)

Date: 04/02/2025

| | | | | |
|---|---|---|---|---|
| BRADFORD CAPITAL MANAGEMENT, LLC<br>TRANSFEROR: SIMPLELEGAL INC<br>ATTN: BRIAN BRAGER<br>PO BOX 4353<br>CLIFTON, NJ 07012 | Claim Number: 10086<br>Claim Date: 12/18/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED<br>DOCKET: 585 (11/08/2024) | | | |
| UNSECURED     Claimed: | $61,061.00 | | Allowed: | $22,000.00 |
| BRE-BMR 5300 CHIRON LP, A DELAWARE LP<br>C/O MARIE LEWIS, EXEC VP & GEN COUNSEL<br>4570 EXECUTIVE DR, STE 400<br>SAN DIEGO, CA 92121 | Claim Number: 7<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED<br>DOCKET: 499 (05/30/2024) | | | |
| UNSECURED     Claimed: | $31,453,625.31 | | Allowed: | $29,864,666.00 |
| CALIFORNIA DEPT OF TAX AND FEE ADMIN<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | Claim Number: 9<br>Claim Date: 12/06/2023<br>Debtor: ZYMERGEN INC. | | | |
| PRIORITY     Claimed: | $3,477.77   UNLIQ CONT | | | |
| CHU, STEVEN<br>ADDRESS ON FILE | Claim Number: 10041<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED     Claimed: | $0.00   UNLIQ CONT | | | |
| COOLEY LLP<br>ATTN: ROBERT L. EISENBACH III<br>3 EMBARCADERO CENTER, 20TH FLOOR<br>SAN FRANCISCO, CA 94111 | Claim Number: 10023<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED     Claimed: | $17,990.94 | | | |

| | | | | | |
|---|---|---|---|---|---|
| CORNERSTONE RESEARCH<br>TWO EMBARCADERO CENTER, 20TH FL<br>SAN FRANCISCO, CA 94111 | | Claim Number: 10084<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED | Claimed: | $41,295.00 | | | |
| CORTEVA AGROSCIENCE LLC<br>C/O BARNES & THORNBURG LLP<br>ATTN ALLISON M SCARLOTT<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | | Claim Number: 10097<br>Claim Date: 03/25/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| COWEN AND COMPANY LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10051<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) | | | |
| UNSECURED | Claimed: | $264,495.50 | | | |
| CRANE PEST CONTROL<br>2700 GEARY BLVD<br>SAN FRANCISCO, CA 94118 | | Claim Number: 10009<br>Claim Date: 11/20/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED | Claimed: | $611.00 | Scheduled: | $3,175.50 | |
| DATA COLLECTIVE II LP<br>C/O GIBSON DUNN & CRUTCHER LLP<br>ATTN MICHAEL D CELIO<br>310 UNIVERSITY AVE<br>PALO ALTO, CA 94301 | | Claim Number: 10069<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | | | |
|---|---|---|---|---|
| DCVC MANAGEMENT CO LLC<br>ADDRESS ON FILE | Claim Number: 10071<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED    Claimed: | $0.00  UNDET | | | |
| DCVC OPPORTUNITY FUND LP<br>ADDRESS ON FILE | Claim Number: 10066<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED    Claimed: | $0.00  UNDET | | | |
| DE LAGE LANDEN FINANCIAL SERVICES INC<br>ATTN JOANNE SMITH<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | Claim Number: 5<br>Claim Date: 11/28/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED    Claimed: | $14,014.94 | Scheduled: | $544.71 | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 3<br>Claim Date: 11/20/2023<br>Debtor: ZYMERGEN INC.<br>Comments: WITHDRAWN<br>DOCKET: 88 (04/13/2023) | | | |
| PRIORITY    Claimed:<br>UNSECURED    Claimed: | $57,009.38<br>$65,039.13 | | | |
| DOME CONSTRUCTION CORPORATION<br>393 EAST GRAND AVENUE<br>ATTN: CATHLEEN JARECZEK<br>SOUTH SAN FRANCISCO, CA 94080 | Claim Number: 10006<br>Claim Date: 11/02/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED    Claimed: | $24,246.10 | | | |

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>C/O CHUBB<br>202A HALL'S MILL RD, #2E<br>WHITEHOUSE STATION, NJ 08889 | | Claim Number: 10056<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,250.00 |

| | | |
|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10061<br>Claim Date: 12/11/2023<br>Debtor: ENEVOLV, INC. |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10063<br>Claim Date: 12/11/2023<br>Debtor: GENESIS ACQUISITION SUB, LLC |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10064<br>Claim Date: 12/11/2023<br>Debtor: LODO THERAPEUTICS CORPORATION |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10065<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

| FLATLEY, JAY T<br>ADDRESS ON FILE | Claim Number: 10040<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| FLORIDA DEPARTMENT OF REVENUE<br>ATTN FREDERICK F RUDZIK<br>PO BOX 6668<br>TALLAHASSEE, FL 32314 | Claim Number: 10095<br>Claim Date: 03/05/2024<br>Debtor: ZYMERGEN INC. |
|---|---|

| PRIORITY | Claimed: | $583.29 |
|---|---|---|
| UNSECURED | Claimed: | $542.14 |

| FORTIS ADVISORS LLC<br>C/O VECTIS LAW<br>ATTN PATRICK COSTELLO<br>303 TWIN DOLPHIN DR, 6TH FL<br>REDWOOD CITY, CA 94065 | Claim Number: 10033<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $25,599,595.89   UNLIQ |
|---|---|---|

| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 21<br>Claim Date: 03/20/2024<br>Debtor: GENESIS ACQUISITION SUB, LLC<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $800.00 |
|---|---|---|

| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 24<br>Claim Date: 03/19/2024<br>Debtor: ENEVOLV, INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $1,625.21 |
|---|---|---|

---

| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 25<br>Claim Date: 03/19/2024<br>Debtor: GENESIS ACQUISITION SUB, LLC<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | |

| PRIORITY | Claimed: | $800.00 | | |

---

| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 26<br>Claim Date: 03/25/2024<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: ALLOWED<br>DOCKET: 585 (11/08/2024) | | |

| PRIORITY | Claimed: | $2,563.91 | Allowed: | $1,763.91 |
| UNSECURED | Claimed: | $1,616.92 | Allowed: | $428.48 |

---

| FRANCHISE TAX BOARD<br>ATTN BANKRTUPCTY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 27<br>Claim Date: 03/29/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) | | |

| PRIORITY | Claimed: | $1,600.00 | | |

---

| GINKGO BIOWORKS INC<br>27 DRYDOCK AVE, 8TH FL<br>BOSTON, MA 02210 | Claim Number: 10060<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | |

| UNSECURED | Claimed: | $308,973.46 | | |

---

| GOLDEN GATE OFFICE SOLUTIONS<br>927 HOWARD ST<br>SAN FRANCISCO, CA 94103 | Claim Number: 10087<br>Claim Date: 12/29/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) | | |

| ADMINISTRATIVE | Claimed: | $4,995.56 | | |

---

| | | |
|---|---|---|
| GOLDMAN SACHS & CO LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10050<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
| UNSECURED | Claimed: | $652,801.46 |
| GORJANC, CHRISTINE<br>ADDRESS ON FILE | | Claim Number: 10042<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
| HACKETT, SHEMCHO L<br>ADDRESS ON FILE | | Claim Number: 4<br>Claim Date: 11/28/2023<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) |
| UNSECURED | Claimed: | $32,000.00 |
| HACKETT, SHEMCHO L<br>ADDRESS ON FILE | | Claim Number: 10008<br>Claim Date: 11/07/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HITACHI GLOBAL AIR POWER US LLC<br>D/B/A CALIFORNIA COMPRESSION<br>8700 W BRYN MAWR, STE 400S<br>CHICAGO, IL 60631 | | Claim Number: 10<br>Claim Date: 12/08/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 526 (07/17/2024) |
| UNSECURED | Claimed: | $26,109.67 |

| | | |
|---|---|---|
| HOFFMAN, JOSHUA<br>ADDRESS ON FILE | | Claim Number: 10072<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $363,864.10 |
| ILLINOIS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | | Claim Number: 10094<br>Claim Date: 03/05/2024<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $41.02 |
| INSPIRED FIBER - PAPERMAKING &<br>SUSTAINABILITY CONSULTING LLC<br>28389 NORTHERN BLUFF DR<br>GOBLES, MI 49055 | | Claim Number: 10014<br>Claim Date: 11/27/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $10,000.00 |
| IPI GLOBAL LTD.<br>SANDERUM HOUSE<br>38 OAKLEY ROAD<br>CHINNOR OXON., OX394TW<br>UNITED KINGDOM | | Claim Number: 10012<br>Claim Date: 11/23/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |
| UNSECURED | Claimed: | $804.57 |
| JP MORGAN SECURITIES LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10049<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
| UNSECURED | Claimed: | $551,642.34 |

| | | |
|---|---|---|
| JP MORGAN SECURITIES LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10076<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10049 | |
| UNSECURED          Claimed:              $551,642.34 | | |
| LAZARD FRERES & CO LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10054<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) | |
| UNSECURED          Claimed:              $61,037.42 | | |
| LEIBNIZ-INSTITUT DSMZ<br>ADDRESS ON FILE | Claim Number: 10013<br>Claim Date: 11/27/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) | |
| UNSECURED          Claimed:              $674.00   UNLIQ | | |
| LEVEL 3 COMMUNICATIONS LLC<br>931 14TH ST<br>DENVER, CO 80202-2994 | Claim Number: 20<br>Claim Date: 03/18/2024<br>Debtor: ZYMERGEN INC. | |
| UNSECURED          Claimed:              $10,878.14 | | |
| LEVEL 3 COMMUNICATIONS, LLC<br>931 14TH ST<br>DENVER, CO 80202-2994 | Claim Number: 10001<br>Claim Date: 10/17/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED          Claimed:              $2,655.22          Scheduled:          $2,388.28 | | |

| | | |
|---|---|---|
| LIFE CHEMICALS INC.<br>1A DIXIE AVENUE<br>P.O.BOX 229<br>NIAGARA-ON-THE-LAKE, ON L0S 1J0<br>CANADA | Claim Number: 10015<br>Claim Date: 11/29/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED      Claimed: | $33,750.00 | |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC<br>C/O SAUL EWING LLP<br>ATTN JOHN D DEMMY<br>1201 N MARKET ST, STE 2300; PO BOX 1266<br>WILMINGTON, DE 19899 | Claim Number: 22<br>Claim Date: 03/25/2024<br>Debtor: ZYMERGEN INC. | |
| ADMINISTRATIVE      Claimed: | $72,251.94 | |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC<br>ATTN LEGAL DEPARTMENT<br>51 UNIVERSITY ST, STE 400<br>SEATTLE, WA 98101 | Claim Number: 10083<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED      Claimed: | $136,166.94 | |
| LINDE GAS & EQUIPMENT INC.<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD, STE 200<br>TUCSON, AZ 85716 | Claim Number: 10002<br>Claim Date: 10/23/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED      Claimed: | $48,833.97 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | Claim Number: 10090<br>Claim Date: 01/30/2024<br>Debtor: ZYMERGEN INC.<br>Comments: WITHDRAWN<br>DOCKET: 428 (03/14/2024) | |
| PRIORITY      Claimed:<br>UNSECURED      Claimed: | $4,072.00<br>$440.56 | |

| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204 | | Claim Number: 10091<br>Claim Date: 01/31/2024<br>Debtor: ENEVOLV, INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |

| PRIORITY | Claimed: | $83,321.90   UNLIQ |
| UNSECURED | Claimed: | $17,664.00   UNLIQ |

| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | | Claim Number: 10092<br>Claim Date: 01/31/2024<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |

| PRIORITY | Claimed: | $1,301.13   UNLIQ |
| UNSECURED | Claimed: | $270.00   UNLIQ |

| MATHESON TRI-GAS INC<br>909 LAKE CAROLYN PKWY, STE 1300<br>IRVING, TX 75039 | | Claim Number: 10053<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |

| ADMINISTRATIVE | Claimed: | $1,722.05 |
| UNSECURED | Claimed: | $9,073.07 |

| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: RONALD MARKS<br>2222 MARKET STREET<br>PHILADELPHIA, PA 19103 | | Claim Number: 10022<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $12,872.80 |

| MURDOCH, TRAVIS<br>ADDRESS ON FILE | | Claim Number: 10043<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

| NEW YORK CITY DEPARTMENT OF FINANCE<br>375 PEARL ST, 27TH FL<br>NEW YORK, NY 10038 | | Claim Number: 10098<br>Claim Date: 03/28/2024<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 540 (07/31/2024) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,600.51 | Allowed: | $12,077.22 |
| UNSECURED | Claimed: | $126,716.52 | Allowed: | $2,606.64 |
| NIPPON EXPRESS USA INC<br>26534 DANTI CT, BLDG G<br>HAYWARD, CA 94545 | | Claim Number: 10085<br>Claim Date: 12/14/2023<br>Debtor: ZYMERGEN INC. | | |
| UNSECURED | Claimed: | $2,010.00 | | |
| NJ DEPT. OF LABOR DIV. EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625 | | Claim Number: 10019<br>Claim Date: 11/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) | | |
| SECURED | Claimed: | $6,510.07 | | |
| NJ DEPT. OF LABOR DIV. EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625 | | Claim Number: 10021<br>Claim Date: 11/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) | | |
| PRIORITY | Claimed: | $729.69 | | |
| NMR ASSOCIATES INC<br>150 RIVER ST<br>FITCHBURG, MA 01420 | | Claim Number: 10096<br>Claim Date: 03/13/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | |
| UNSECURED | Claimed: | $4,088.00 | | |

| NORTH CAROLINA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH, NC 27602 | Claim Number: 8<br>Claim Date: 11/17/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $4,691.46 |
|---|---|---|

| OCKO, MATTHEW<br>ADDRESS ON FILE | Claim Number: 10044<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| ORACLE AMERICA INC<br>ATTN PEGGY BRUGGMAN, ESQ<br>ATTN BENJAMIN WHEELER, ESQ<br>500 ORACLE PKWY<br>REDWOOD CITY, CA 94065 | Claim Number: 23<br>Claim Date: 03/25/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,220.63 |
|---|---|---|

| OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301-2555 | Claim Number: 10016<br>Claim Date: 11/29/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 497 (05/29/2024) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301-2555 | Claim Number: 10017<br>Claim Date: 11/29/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| PAUL WEISS RIFKIND WHARTON & GARRISON<br>ATTN ROBIN LINSENMAYER<br>535 MISSION ST, 24TH FL<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10031<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $4,707.50 DISP CONT |
| PAUL WEISS RIFKIND WHARTON & GARRISON<br>ATTN ROBIN LINSENMAYER & CLAUDIA TOBLER<br>535 MISSION ST, 24TH FL<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10075<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10031 | | |
| UNSECURED | Claimed: | $27,378.05 | | |
| PETERSON, SANDRA<br>ADDRESS ON FILE | | Claim Number: 10045<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |
| PG&E<br>ATTN BANKRUPTCY<br>PO BOX 8329<br>STOCKTON, CA 95208 | | Claim Number: 12<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | |
| UNSECURED | Claimed: | $91,443.62 | | |
| PIETERS, RICHARD<br>ADDRESS ON FILE | | Claim Number: 15<br>Claim Date: 12/15/2023<br>Debtor: ZYMERGEN INC. | | |
| UNSECURED | Claimed: | $410.00 | | |

| | | | | |
|---|---|---|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>UC OFFICE OF THE PRESIDENT<br>1111 FRANKLIN STREET, 8TH FLOOR<br>OAKLAND, CA 94607 | Claim Number: 10024<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 526 (07/17/2024) | | | |
| UNSECURED          Claimed: | $4,580.41 | | | |
| RELIABLE HEATHCARE LOGISTICS LLC<br>4105 S MENDENHALL ROAD<br>MEMPHIS, TN 38115 | Claim Number: 10010<br>Claim Date: 11/22/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | |
| UNSECURED          Claimed: | $19,544.82 | | | |
| RELIABLE HEATHCARE LOGISTICS LLC<br>4105 S MENDENHALL RD<br>MEMPHIS, TN 38115 | Claim Number: 10099<br>Claim Date: 04/25/2024<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10010 | | | |
| UNSECURED          Claimed: | $4,420.00 | | | |
| S+B JAMES CONSTRUCTION CALIFORNIA INC<br>C/O HERMAN CHAND<br>1450 HALYARD DR, STE 11A<br>WEST SACRAMENTO, CA 95691 | Claim Number: 2<br>Claim Date: 11/16/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED | | | |
| UNSECURED          Claimed: | $89,999.40 | | Allowed: | $89,999.40 |
| SACKS & COMPANY INC<br>76 HOLTON ST<br>WOBURN, MA 01801 | Claim Number: 10030<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED          Claimed: | $26,040.54 | Scheduled: | $26,040.54  UNLIQ DISP | |

| | | | |
|---|---|---|---|
| SCHIFFAUER, JOHN<br>ADDRESS ON FILE | | Claim Number: 10058<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| SCHIFFHAUER, JOHN<br>ADDRESS ON FILE | | Claim Number: 10079<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10058 | |
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| SCHINDLER ELEVATOR CORPORATION<br>C/O WALSH PIZZI O'REILLY FALANGA LLP<br>THREE GATEWAY CENTER<br>100 MULBERRY ST, 15TH FL<br>NEWARK, NJ 07102 | | Claim Number: 10062<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED | Claimed: | $16,305.45 | |
| SECURITIES & EXCHANGE COMMISSION<br>100 F ST NE<br>WASHINGTON, DC 20549 | | Claim Number: 29<br>Claim Date: 05/31/2024<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED | |
| UNSECURED | Claimed: | $30,000,000.00   UNLIQ | |
| SECURITY CENTRAL INC<br>2950 ALVARADO ST, STE D<br>SAN LEANDRO, CA 94577 | | Claim Number: 10032<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED | Claimed: | $256.58 | |

| | | | |
|---|---|---|---|
| SERBER, ZACH<br>ADDRESS ON FILE | | Claim Number: 10046<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED | Claimed: | $0.00    UNLIQ CONT | |
| SEYFARTH SHAW LLP<br>ATTN DAVID CROWLEY<br>233 S WACKER DR, STE 8000<br>CHICAGO, IL 60606 | | Claim Number: 10093<br>Claim Date: 03/04/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | |
| UNSECURED | Claimed: | $7,638.00 | |
| SHARMA, ROHIT<br>ADDRESS ON FILE | | Claim Number: 10047<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED | Claimed: | $0.00    UNLIQ CONT | |
| SINGH, ENAKSHI<br>ADDRESS ON FILE | | Claim Number: 10059<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | |
| UNSECURED | Claimed: | $0.00    UNDET | |
| SMITH, CLAIRE<br>ADDRESS ON FILE | | Claim Number: 10068<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | |
| SECURED | Claimed: | $0.00    UNDET | |
| UNSECURED | Claimed: | $0.00    UNDET | |

| | | | |
|---|---|---|---|
| SMITH, CLAIRE<br>ADDRESS ON FILE | | Claim Number: 10070<br>Claim Date: 12/11/2023<br>Debtor: LODO THERAPEUTICS CORPORATION | |
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| SMITH, CLAIRE<br>ADDRESS ON FILE | | Claim Number: 10073<br>Claim Date: 12/11/2023<br>Debtor: ENEVOLV, INC. | |
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| SMITH, CLAIRE<br>ADDRESS ON FILE | | Claim Number: 10074<br>Claim Date: 12/11/2023<br>Debtor: GENESIS ACQUISITION SUB, LLC | |
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| SOLVAY USA INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN ROBERT M SCHECHTER<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 07960 | | Claim Number: 10082<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: WITHDRAWN<br>DOCKET: 515 (06/12/2024) | |
| UNSECURED | Claimed: | $65,000.00 | |
| STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD, STE 200<br>LAS VEGAS, NV 89119 | | Claim Number: 1<br>Claim Date: 10/16/2023<br>Debtor: ZYMERGEN INC. | |
| PRIORITY | Claimed: | $9,208.99 | |
| UNSECURED | Claimed: | $787.43 | |

| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | Claim Number: 10003<br>Claim Date: 10/30/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| PRIORITY | Claimed: | $153.25 |
|---|---|---|

| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | Claim Number: 10004<br>Claim Date: 10/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,000.00 |
|---|---|---|

| STERLING INFOSYSTEMS INC<br>D/B/A STERLING<br>6150 OAK TREE BLVD, STE 490<br>INDEPENDENCE, OH 44131 | Claim Number: 10100<br>Claim Date: 06/10/2024<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $26.00 |
|---|---|---|

| SUITEBRIAR, INC.<br>13800 COPPERMINE ROAD<br>HERNDON, VA 20171 | Claim Number: 10020<br>Claim Date: 11/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |
|---|---|

| UNSECURED | Claimed: | $10,782.00 |
|---|---|---|

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548 MC-008<br>AUSTIN, TX 78711 | Claim Number: 17<br>Claim Date: 12/19/2023<br>Debtor: ENEVOLV, INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $1,754.76 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $155.42 | UNLIQ |

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548, MC-008<br>AUSTIN, TX 78711 | Claim Number: 18<br>Claim Date: 12/19/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $1,236.64   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548 MC-008<br>AUSTIN, TX 78711 | Claim Number: 19<br>Claim Date: 12/19/2023<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $1,754.76 |
| UNSECURED | Claimed: | $155.42 |

| TOWN & COUNTRY OFFICE CLEANING<br>2551 SAN RAMON VALLEY BLVD, UNIT 227<br>SAN RAMON, CA 94583 | Claim Number: 10028<br>Claim Date: 12/05/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |
|---|---|

| UNSECURED | Claimed: | $29,762.60   UNLIQ |

| TRANSPERFECT LEGAL SOLUTIONS<br>C/O METROGROUP INC<br>ATTN LEE STEPNER<br>49 W MOUNT PLEASANT AVE, BOX 2371<br>LIVINGSTON, NJ 07039 | Claim Number: 28<br>Claim Date: 04/08/2024<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $2,460.99 |

| TRELEAVEN, AMANDA<br>ADDRESS ON FILE | Claim Number: 10057<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| TRUE VENTURES IV LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10039<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| TRUE VENTURES SELECT I LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10034<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC.<br>Comments: POSSIBLY AMENDED BY 10036 | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| TRUE VENTURES SELECT I LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10036<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10034 | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| TRUE VENTURES SELECT II LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10035<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| TRUE VENTURES SELECT III LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10037<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| TRUE VENTURES SELECT IV LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10038<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| UBS SECURITIES LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10052<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |

| UNSECURED | Claimed: | $223,803.89 |
|---|---|---|

| | |
|---|---|
| UNITEDLEX CORPORATION<br>11501 OUTLOOK ST, STE 450<br>OVERLAND PARK, KS 66211 | Claim Number: 10101<br>Claim Date: 06/17/2024<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $1,530.16   UNLIQ |
|---|---|---|

| | |
|---|---|
| US SECURITIES AND EXCHANGE COMMISSION<br>950 E PACES FERRY RD NE, STE 900<br>ATLANTA, GA 30326-1382 | Claim Number: 10102<br>Claim Date: 09/18/2024<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $30,000,000.00 |
|---|---|---|

| | |
|---|---|
| VEOLIA ES TECHNICAL SOLUTIONS, L.L.C.<br>MELANIE FREE-CLINTON<br>53 STATE STREET, 14TH FLOOR<br>BOSTON, MA 02109 | Claim Number: 10018<br>Claim Date: 11/29/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 585 (11/08/2024) |

| UNSECURED | Claimed: | $38,843.91 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| VESTIS SERVICES, LLC FKA ARAMARK<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXEL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701 | | Claim Number: 10027<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED<br>DOCKET: 564 (09/09/2024) | | |
| UNSECURED | Claimed: | $31,541.02 | Allowed: | $31,541.02 |
| W BRADLEY ELECTRIC LLC<br>90 HILL RD<br>NOVATO, CA 94945 | | Claim Number: 16<br>Claim Date: 12/15/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | |
| UNSECURED | Claimed: | $11,027.53 | | |
| WANG, BIAO<br>ADDRESS ON FILE | | Claim Number: 10080<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| WANG, BIAO, CLASS REP<br>ADDRESS ON FILE | | Claim Number: 10078<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| WASTE MANGEMENT<br>PO BOX 42930<br>PHOENIX, AZ 85080 | | Claim Number: 10005<br>Claim Date: 10/30/2023<br>Debtor: ZYMERGEN INC. | | |
| UNSECURED | Claimed: | $1,329.76 | | |

| WEAVER AUSTIN VILLENEUVE & SAMPSON LLP<br>555 12TH ST, STE 1450<br>OAKLAND, CA 94607 | Claim Number: 6<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 526 (07/17/2024) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,143.48 | Scheduled: | $26,787.81 DISP CONT |

| WEST PALM BEACH FIREFIGHTERS PF<br>C/O LOWENSTEIN SANDLER LLP<br>ATTN MICHAEL S ETKIN<br>ONE LOWENSTEIN DR<br>ROSELAND, NJ 07068 | Claim Number: 10081<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| WISCONSIN DEPARTMENT OF REVENUE<br>ATTN SPECIAL PROCEDURES UNIT<br>PO BOX 8901<br>MADISON, WI 53708-8901 | Claim Number: 13<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC. | |
|---|---|---|
| PRIORITY | Claimed: | $66.52 |
| UNSECURED | Claimed: | $45.00 |

## Summary Page

Total Number of Filed Claims:          133

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $86,190.18 | $0.00 |
| Priority: | $189,659.71 | $13,841.13 |
| Secured: | $6,510.07 | $0.00 |
| Unsecured: | $123,521,587.74 | $30,917,010.30 |
| Total: | $123,803,947.70 | $30,930,851.43 |