| STATE OF NEVADA DEPARTMENT OF TAXATION<br>700 E WARM SPRINGS RD, STE 200<br>LAS VEGAS, NV 89119 | Claim Number: 1<br>Claim Date: 10/16/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| PRIORITY | Claimed: | $9,208.99 |
| UNSECURED | Claimed: | $787.43 |

| S+B JAMES CONSTRUCTION CALIFORNIA INC<br>C/O HERMAN CHAND<br>1450 HALYARD DR, STE 11A<br>WEST SACRAMENTO, CA 95691 | Claim Number: 2<br>Claim Date: 11/16/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $89,999.40 | | | Allowed: | $89,999.40 |

| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 3<br>Claim Date: 11/20/2023<br>Debtor: ZYMERGEN INC.<br>Comments: WITHDRAWN<br>DOCKET: 88 (04/13/2023) |
|---|---|

| PRIORITY | Claimed: | $57,009.38 |
| UNSECURED | Claimed: | $65,039.13 |

| HACKETT, SHEMCHO L<br>ADDRESS ON FILE | Claim Number: 4<br>Claim Date: 11/28/2023<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) |
|---|---|

| UNSECURED | Claimed: | $32,000.00 |

| DE LAGE LANDEN FINANCIAL SERVICES INC<br>ATTN JOANNE SMITH<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | Claim Number: 5<br>Claim Date: 11/28/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $14,014.94 | Scheduled: | $544.71 |

WEAVER AUSTIN VILLENEUVE & SAMPSON LLP
555 12TH ST, STE 1450
OAKLAND, CA 94607

Claim Number: 6
Claim Date: 12/04/2023
Debtor: ZYMERGEN INC.
Comments: DOCKET: 526 (07/17/2024)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,143.48 | Scheduled: | $26,787.81 DISP CONT | |

BRE-BMR 5300 CHIRON LP, A DELAWARE LP
C/O MARIE LEWIS, EXEC VP & GEN COUNSEL
4570 EXECUTIVE DR, STE 400
SAN DIEGO, CA 92121

Claim Number: 7
Claim Date: 12/04/2023
Debtor: ZYMERGEN INC.
Comments: ALLOWED
DOCKET: 499 (05/30/2024)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,453,625.31 | | Allowed: | $29,864,666.00 |

NORTH CAROLINA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602

Claim Number: 8
Claim Date: 11/17/2023
Debtor: ZYMERGEN INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,691.46 |

CALIFORNIA DEPT OF TAX AND FEE ADMIN
PO BOX 942879
SACRAMENTO, CA 94279-0055

Claim Number: 9
Claim Date: 12/06/2023
Debtor: ZYMERGEN INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,477.77 UNLIQ CONT |

HITACHI GLOBAL AIR POWER US LLC
D/B/A CALIFORNIA COMPRESSION
8700 W BRYN MAWR, STE 400S
CHICAGO, IL 60631

Claim Number: 10
Claim Date: 12/08/2023
Debtor: ZYMERGEN INC.
Comments: DOCKET: 526 (07/17/2024)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,109.67 |

| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 11<br>Claim Date: 12/08/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 585 (11/08/2024) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,633.71 | Scheduled: | $3,943.23 | |
| PG&E<br>ATTN BANKRUPTCY<br>PO BOX 8329<br>STOCKTON, CA 95208 | | Claim Number: 12<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED | Claimed: | $91,443.62 | | | |
| WISCONSIN DEPARTMENT OF REVENUE<br>ATTN SPECIAL PROCEDURES UNIT<br>PO BOX 8901<br>MADISON, WI 53708-8901 | | Claim Number: 13<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC. | | | |
| PRIORITY | Claimed: | $66.52 | | | |
| UNSECURED | Claimed: | $45.00 | | | |
| AOYAMA & PARTNERS<br>ATTN NORIHITO YAMAO<br>OSAKA UMEDA TWIN TOWERS NORTH<br>8-1, KAKUDA-CHO, KITA-KU<br>OSAKA 530-0017,<br>JAPAN | | Claim Number: 14<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | |
| UNSECURED | Claimed: | $5,633.71 | | | |
| PIETERS, RICHARD<br>ADDRESS ON FILE | | Claim Number: 15<br>Claim Date: 12/15/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED | Claimed: | $410.00 | | | |

| W BRADLEY ELECTRIC LLC<br>90 HILL RD<br>NOVATO, CA 94945 | Claim Number: 16<br>Claim Date: 12/15/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) |
|---|---|

| UNSECURED | Claimed: | $11,027.53 | |
|---|---|---|---|

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548 MC-008<br>AUSTIN, TX 78711 | Claim Number: 17<br>Claim Date: 12/19/2023<br>Debtor: ENEVOLV, INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $1,754.76 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $155.42 | UNLIQ |

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548, MC-008<br>AUSTIN, TX 78711 | Claim Number: 18<br>Claim Date: 12/19/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $1,236.64 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | UNLIQ |

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548 MC-008<br>AUSTIN, TX 78711 | Claim Number: 19<br>Claim Date: 12/19/2023<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|

| PRIORITY | Claimed: | $1,754.76 | |
|---|---|---|---|
| UNSECURED | Claimed: | $155.42 | |

| LEVEL 3 COMMUNICATIONS LLC<br>931 14TH ST<br>DENVER, CO 80202-2994 | Claim Number: 20<br>Claim Date: 03/18/2024<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $10,878.14 | |
|---|---|---|---|

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 21<br>Claim Date: 03/20/2024<br>Debtor: GENESIS ACQUISITION SUB, LLC<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) | |
| PRIORITY | Claimed: | $800.00 |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC<br>C/O SAUL EWING LLP<br>ATTN JOHN D DEMMY<br>1201 N MARKET ST, STE 2300; PO BOX 1266<br>WILMINGTON, DE 19899 | Claim Number: 22<br>Claim Date: 03/25/2024<br>Debtor: ZYMERGEN INC. | |
| ADMINISTRATIVE | Claimed: | $72,251.94 |
| ORACLE AMERICA INC<br>ATTN PEGGY BRUGGMAN, ESQ<br>ATTN BENJAMIN WHEELER, ESQ<br>500 ORACLE PKWY<br>REDWOOD CITY, CA 94065 | Claim Number: 23<br>Claim Date: 03/25/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) | |
| ADMINISTRATIVE | Claimed: | $5,220.63 |
| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 24<br>Claim Date: 03/19/2024<br>Debtor: ENEVOLV, INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) | |
| PRIORITY | Claimed: | $1,625.21 |
| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 25<br>Claim Date: 03/19/2024<br>Debtor: GENESIS ACQUISITION SUB, LLC<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | |
| PRIORITY | Claimed: | $800.00 |

| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 26<br>Claim Date: 03/25/2024<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: ALLOWED<br>DOCKET: 585 (11/08/2024) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,563.91 | Allowed: | $1,763.91 |
| UNSECURED | Claimed: | $1,616.92 | Allowed: | $428.48 |

| FRANCHISE TAX BOARD<br>ATTN BANKRTUPCTY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 27<br>Claim Date: 03/29/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
|---|---|
| PRIORITY | Claimed: | $1,600.00 |

| TRANSPERFECT LEGAL SOLUTIONS<br>C/O METROGROUP INC<br>ATTN LEE STEPNER<br>49 W MOUNT PLEASANT AVE, BOX 2371<br>LIVINGSTON, NJ 07039 | Claim Number: 28<br>Claim Date: 04/08/2024<br>Debtor: ZYMERGEN INC. |
|---|---|
| UNSECURED | Claimed: | $2,460.99 |

| SECURITIES & EXCHANGE COMMISSION<br>100 F ST NE<br>WASHINGTON, DC 20549 | Claim Number: 29<br>Claim Date: 05/31/2024<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED |
|---|---|
| UNSECURED | Claimed: | $30,000,000.00   UNLIQ |

| ASTON CARTER INC.<br>ATTN: RONKE ADEYEMO<br>731 PARKWAY DRIVE<br>HANOVER, MD 21076 | Claim Number: 10000<br>Claim Date: 10/10/2023<br>Debtor: ZYMERGEN INC. |
|---|---|
| UNSECURED | Claimed: | $11,881.60 |

ZYMERGEN INC. C/O CLAIMS PROCESSING CTR     Case 23-11661-KBO    Doc 610    Filed 04/16/25    Page 7 of 28
Numerical Claims Register for ZYMERGEN INC (ALL DEBTORS)

Date: 04/02/2025

| LEVEL 3 COMMUNICATIONS, LLC<br>931 14TH ST<br>DENVER, CO 80202-2994 | Claim Number: 10001<br>Claim Date: 10/17/2023<br>Debtor: ZYMERGEN INC. | | | |

| UNSECURED | Claimed: | $2,655.22 | Scheduled: | $2,388.28 |

| LINDE GAS & EQUIPMENT INC.<br>BARR CREDIT SERVICES<br>3444 N COUNTRY CLUB RD, STE 200<br>TUCSON, AZ 85716 | Claim Number: 10002<br>Claim Date: 10/23/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $48,833.97 |

| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | Claim Number: 10003<br>Claim Date: 10/30/2023<br>Debtor: ZYMERGEN INC. |

| PRIORITY | Claimed: | $153.25 |

| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | Claim Number: 10004<br>Claim Date: 10/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |

| ADMINISTRATIVE | Claimed: | $2,000.00 |

| WASTE MANGEMENT<br>PO BOX 42930<br>PHOENIX, AZ 85080 | Claim Number: 10005<br>Claim Date: 10/30/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $1,329.76 |

| | | | | | |
|---|---|---|---|---|---|
| DOME CONSTRUCTION CORPORATION<br>393 EAST GRAND AVENUE<br>ATTN:  CATHLEEN JARECZEK<br>SOUTH SAN FRANCISCO, CA 94080 | Claim Number: 10006<br>Claim Date: 11/02/2023<br>Debtor: ZYMERGEN INC. | | | | |
| UNSECURED | Claimed: | $24,246.10 | | | |
| ALLIANCE ROOFING COMPANY INC<br>630 MARTIN AVENUE<br>SANTA CLARA, CA 95050 | Claim Number: 10007<br>Claim Date: 11/06/2023<br>Debtor: ZYMERGEN INC. | | | | |
| UNSECURED | Claimed: | $2,423.35 | | | |
| HACKETT, SHEMCHO L<br>ADDRESS ON FILE | Claim Number: 10008<br>Claim Date: 11/07/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| CRANE PEST CONTROL<br>2700 GEARY BLVD<br>SAN FRANCISCO, CA 94118 | Claim Number: 10009<br>Claim Date: 11/20/2023<br>Debtor: ZYMERGEN INC. | | | | |
| UNSECURED | Claimed: | $611.00 | Scheduled: | $3,175.50 | |
| RELIABLE HEATHCARE LOGISTICS LLC<br>4105 S MENDENHALL ROAD<br>MEMPHIS, TN 38115 | Claim Number: 10010<br>Claim Date: 11/22/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | | |
| UNSECURED | Claimed: | $19,544.82 | | | |

---

ALL SEASON MOVERS, INC.
909 NEWARK-JERSEY CITY TURNPIKE
KEARNY, NJ 07032

Claim Number: 10011
Claim Date: 11/22/2023
Debtor: ZYMERGEN INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,688.09 | Scheduled: | $15,358.42  UNLIQ DISP |

IPI GLOBAL LTD.
SANDERUM HOUSE
38 OAKLEY ROAD
CHINNOR OXON., OX394TW
UNITED KINGDOM

Claim Number: 10012
Claim Date: 11/23/2023
Debtor: ZYMERGEN INC.
Comments: EXPUNGED
DOCKET: 526 (07/17/2024)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $804.57 |

LEIBNIZ-INSTITUT DSMZ
ADDRESS ON FILE

Claim Number: 10013
Claim Date: 11/27/2023
Debtor: ZYMERGEN INC.
Comments: EXPUNGED
DOCKET: 526 (07/17/2024)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $674.00   UNLIQ |

INSPIRED FIBER - PAPERMAKING &
SUSTAINABILITY CONSULTING LLC
28389 NORTHERN BLUFF DR
GOBLES, MI 49055

Claim Number: 10014
Claim Date: 11/27/2023
Debtor: ZYMERGEN INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

LIFE CHEMICALS INC.
1A DIXIE AVENUE
P.O.BOX 229
NIAGARA-ON-THE-LAKE, ON L0S 1J0
CANADA

Claim Number: 10015
Claim Date: 11/29/2023
Debtor: ZYMERGEN INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,750.00 |

| OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301-2555 | Claim Number: 10016<br>Claim Date: 11/29/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 497 (05/29/2024) |
|---|---|
| UNSECURED            Claimed: | $0.00 |
| OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301-2555 | Claim Number: 10017<br>Claim Date: 11/29/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED            Claimed: | $0.00 |
| VEOLIA ES TECHNICAL SOLUTIONS, L.L.C.<br>MELANIE FREE-CLINTON<br>53 STATE STREET, 14TH FLOOR<br>BOSTON, MA 02109 | Claim Number: 10018<br>Claim Date: 11/29/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 585 (11/08/2024) |
| UNSECURED            Claimed: | $38,843.91 |
| NJ DEPT. OF LABOR DIV. EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625 | Claim Number: 10019<br>Claim Date: 11/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) |
| SECURED            Claimed: | $6,510.07 |
| SUITEBRIAR, INC.<br>13800 COPPERMINE ROAD<br>HERNDON, VA 20171 | Claim Number: 10020<br>Claim Date: 11/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |
| UNSECURED            Claimed: | $10,782.00 |

| NJ DEPT. OF LABOR DIV. EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625 | Claim Number: 10021<br>Claim Date: 11/30/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 585 (11/08/2024) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $729.69 | | |

| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: RONALD MARKS<br>2222 MARKET STREET<br>PHILADELPHIA, PA 19103 | Claim Number: 10022<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,872.80 | | |

| COOLEY LLP<br>ATTN: ROBERT L. EISENBACH III<br>3 EMBARCADERO CENTER, 20TH FLOOR<br>SAN FRANCISCO, CA 94111 | Claim Number: 10023<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,990.94 | | |

| REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>UC OFFICE OF THE PRESIDENT<br>1111 FRANKLIN STREET, 8TH FLOOR<br>OAKLAND, CA 94607 | Claim Number: 10024<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC.<br>Comments: DOCKET: 526 (07/17/2024) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,580.41 | | |

| ALMANAC IP ADVISORS LLP<br>22 HOFFMAN AVE.<br>ATTN: ROBERT SALTZBERG<br>SAN FRANCISCO, CA 94114 | Claim Number: 10025<br>Claim Date: 12/01/2023<br>Debtor: ZYMERGEN INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,901.00 | Scheduled: | $31,081.50  UNLIQ DISP |

| | | | | |
|---|---|---|---|---|
| ARE-EAST RIVER SCIENCE PARK, LLC<br>ATTN: CRAIG REIMER, ESQ.<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10026<br>Claim Date: 12/02/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED | | | |
| UNSECURED          Claimed: | $905,768.76 | | Allowed: | $905,768.76 |
| VESTIS SERVICES, LLC FKA ARAMARK<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXEL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701 | Claim Number: 10027<br>Claim Date: 12/04/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED<br>DOCKET: 564 (09/09/2024) | | | |
| UNSECURED          Claimed: | $31,541.02 | | Allowed: | $31,541.02 |
| TOWN & COUNTRY OFFICE CLEANING<br>2551 SAN RAMON VALLEY BLVD, UNIT 227<br>SAN RAMON, CA 94583 | Claim Number: 10028<br>Claim Date: 12/05/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) | | | |
| UNSECURED          Claimed: | $29,762.60   UNLIQ | | | |
| ASM CAPITAL X LLC<br>TRANSFEROR: VATIT USA INC<br>ATTN: ADAM S. MOSKOWITZ<br>100 JERICHO QUADRANGLE - SUITE 230<br>JERICHO, NY 11753 | Claim Number: 10029<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED          Claimed: | $11,281.18 | | | |
| SACKS & COMPANY INC<br>76 HOLTON ST<br>WOBURN, MA 01801 | Claim Number: 10030<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. | | | |
| UNSECURED          Claimed: | $26,040.54 | Scheduled: | $26,040.54  UNLIQ DISP | |

| PAUL WEISS RIFKIND WHARTON & GARRISON<br>ATTN ROBIN LINSENMAYER<br>535 MISSION ST, 24TH FL<br>SAN FRANCISCO, CA 94105 | Claim Number: 10031<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $4,707.50  DISP CONT |

| SECURITY CENTRAL INC<br>2950 ALVARADO ST, STE D<br>SAN LEANDRO, CA 94577 | Claim Number: 10032<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $256.58 |

| FORTIS ADVISORS LLC<br>C/O VECTIS LAW<br>ATTN PATRICK COSTELLO<br>303 TWIN DOLPHIN DR, 6TH FL<br>REDWOOD CITY, CA 94065 | Claim Number: 10033<br>Claim Date: 12/07/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $25,599,595.89  UNLIQ |

| TRUE VENTURES SELECT I LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10034<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC.<br>Comments: POSSIBLY AMENDED BY 10036 |

| UNSECURED | Claimed: | $0.00  UNLIQ CONT |

| TRUE VENTURES SELECT II LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10035<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $0.00  UNLIQ CONT |

| | |
|---|---|
| TRUE VENTURES SELECT I LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10036<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10034 |

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

| | |
|---|---|
| TRUE VENTURES SELECT III LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10037<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

| | |
|---|---|
| TRUE VENTURES SELECT IV LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10038<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

| | |
|---|---|
| TRUE VENTURES IV LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JONATHAN SHAPIRO & HOWARD STEEL<br>620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 10039<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

| | |
|---|---|
| FLATLEY, JAY T<br>ADDRESS ON FILE | Claim Number: 10040<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

| CHU, STEVEN<br>ADDRESS ON FILE | | Claim Number: 10041<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

| GORJANC, CHRISTINE<br>ADDRESS ON FILE | | Claim Number: 10042<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

| MURDOCH, TRAVIS<br>ADDRESS ON FILE | | Claim Number: 10043<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

| OCKO, MATTHEW<br>ADDRESS ON FILE | | Claim Number: 10044<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

| PETERSON, SANDRA<br>ADDRESS ON FILE | | Claim Number: 10045<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

| | | |
|---|---|---|
| SERBER, ZACH<br>ADDRESS ON FILE | | Claim Number: 10046<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
| SHARMA, ROHIT<br>ADDRESS ON FILE | | Claim Number: 10047<br>Claim Date: 12/10/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
| BOFA SECURITIES INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10048<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
| UNSECURED | Claimed: | $223,803.89 |
| JP MORGAN SECURITIES LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10049<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
| UNSECURED | Claimed: | $551,642.34 |
| GOLDMAN SACHS & CO LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10050<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
| UNSECURED | Claimed: | $652,801.46 |

| COWEN AND COMPANY LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10051<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
|---|---|

| UNSECURED | Claimed: | $264,495.50 |
|---|---|---|

| UBS SECURITIES LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10052<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
|---|---|

| UNSECURED | Claimed: | $223,803.89 |
|---|---|---|

| MATHESON TRI-GAS INC<br>909 LAKE CAROLYN PKWY, STE 1300<br>IRVING, TX 75039 | Claim Number: 10053<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,722.05 |
|---|---|---|
| UNSECURED | Claimed: | $9,073.07 |

| LAZARD FRERES & CO LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Number: 10054<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 430 (03/18/2024) |
|---|---|

| UNSECURED | Claimed: | $61,037.42 |
|---|---|---|

| ACE AMERICAN INSURANCE COMPANY<br>C/O CHUBB<br>202A HALL'S MILL RD, #2E<br>WHITEHOUSE STATION, NJ 08889 | Claim Number: 10055<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $1,114.00 |
|---|---|---|

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | | Claim Number: 10056 |
| C/O CHUBB | | Claim Date: 12/11/2023 |
| 202A HALL'S MILL RD, #2E | | Debtor: ZYMERGEN INC. |
| WHITEHOUSE STATION, NJ 08889 | | |

| UNSECURED | Claimed: | $8,250.00 |
|---|---|---|
| TRELEAVEN, AMANDA | | Claim Number: 10057 |
| ADDRESS ON FILE | | Claim Date: 12/11/2023 |
| | | Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| SCHIFFAUER, JOHN | | Claim Number: 10058 |
| ADDRESS ON FILE | | Claim Date: 12/11/2023 |
| | | Debtor: ZYMERGEN INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 525 (07/17/2024) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| SINGH, ENAKSHI | | Claim Number: 10059 |
| ADDRESS ON FILE | | Claim Date: 12/11/2023 |
| | | Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| GINKGO BIOWORKS INC | | Claim Number: 10060 |
| 27 DRYDOCK AVE, 8TH FL | | Claim Date: 12/11/2023 |
| BOSTON, MA 02210 | | Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $308,973.46 |
|---|---|---|

| | | | |
|---|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10061<br>Claim Date: 12/11/2023<br>Debtor: ENEVOLV, INC. | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | |
| UNSECURED | Claimed: | $0.00  UNDET | |

| | | | |
|---|---|---|---|
| SCHINDLER ELEVATOR CORPORATION<br>C/O WALSH PIZZI O'REILLY FALANGA LLP<br>THREE GATEWAY CENTER<br>100 MULBERRY ST, 15TH FL<br>NEWARK, NJ 07102 | | Claim Number: 10062<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,305.45 | |

| | | | |
|---|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10063<br>Claim Date: 12/11/2023<br>Debtor: GENESIS ACQUISITION SUB, LLC | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | |

| | | | |
|---|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10064<br>Claim Date: 12/11/2023<br>Debtor: LODO THERAPEUTICS CORPORATION | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

| | | | |
|---|---|---|---|
| FERBER, CELESTE<br>ADDRESS ON FILE | | Claim Number: 10065<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | |
| UNSECURED | Claimed: | $0.00  UNDET | |

| DCVC OPPORTUNITY FUND LP | | Claim Number: 10066 |
|---|---|---|
| ADDRESS ON FILE | | Claim Date: 12/11/2023 |
| | | Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BOFA SECURITIES INC | | Claim Number: 10067 |
|---|---|---|
| C/O MORGAN LEWIS & BOCKIUS LLP | | Claim Date: 12/11/2023 |
| ATTN GRAHAM L FISHER | | Debtor: ZYMERGEN INC. |
| 101 PARK AVE | | Comments: POSSIBLY AMENDED BY 10077 |
| NEW YORK, NY 10178 | | DOCKET: 430 (03/18/2024) |

| UNSECURED | Claimed: | $223,803.89 |
|---|---|---|

| SMITH, CLAIRE | | Claim Number: 10068 |
|---|---|---|
| ADDRESS ON FILE | | Claim Date: 12/11/2023 |
| | | Debtor: ZYMERGEN INC. |

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| DATA COLLECTIVE II LP | | Claim Number: 10069 |
|---|---|---|
| C/O GIBSON DUNN & CRUTCHER LLP | | Claim Date: 12/11/2023 |
| ATTN MICHAEL D CELIO | | Debtor: ZYMERGEN INC. |
| 310 UNIVERSITY AVE | | |
| PALO ALTO, CA 94301 | | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| SMITH, CLAIRE | | Claim Number: 10070 |
|---|---|---|
| ADDRESS ON FILE | | Claim Date: 12/11/2023 |
| | | Debtor: LODO THERAPEUTICS CORPORATION |

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| DCVC MANAGEMENT CO LLC<br>ADDRESS ON FILE | | Claim Number: 10071<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| HOFFMAN, JOSHUA<br>ADDRESS ON FILE | | Claim Number: 10072<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $363,864.10 |
|---|---|---|
| SMITH, CLAIRE<br>ADDRESS ON FILE | | Claim Number: 10073<br>Claim Date: 12/11/2023<br>Debtor: ENEVOLV, INC. |

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |
| SMITH, CLAIRE<br>ADDRESS ON FILE | | Claim Number: 10074<br>Claim Date: 12/11/2023<br>Debtor: GENESIS ACQUISITION SUB, LLC |

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |
| PAUL WEISS RIFKIND WHARTON & GARRISON<br>ATTN ROBIN LINSENMAYER & CLAUDIA TOBLER<br>535 MISSION ST, 24TH FL<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10075<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10031 |

| UNSECURED | Claimed: | $27,378.05 |
|---|---|---|

| | | |
|---|---|---|
| JP MORGAN SECURITIES LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10076<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10049 |
| UNSECURED | Claimed: | $551,642.34 |
| BOFA SECURITIES INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN GRAHAM L FISHER<br>101 PARK AVE<br>NEW YORK, NY 10178 | | Claim Number: 10077<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10067 |
| UNSECURED | Claimed: | $223,803.89 |
| WANG, BIAO, CLASS REP<br>ADDRESS ON FILE | | Claim Number: 10078<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $0.00  UNDET |
| SCHIFFHAUER, JOHN<br>ADDRESS ON FILE | | Claim Number: 10079<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments:<br>AMENDS CLAIM #10058 |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| WANG, BIAO<br>ADDRESS ON FILE | | Claim Number: 10080<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| WEST PALM BEACH FIREFIGHTERS PF<br>C/O LOWENSTEIN SANDLER LLP<br>ATTN MICHAEL S ETKIN<br>ONE LOWENSTEIN DR<br>ROSELAND, NJ 07068 | | Claim Number: 10081<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $0.00    UNDET |
| SOLVAY USA INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN ROBERT M SCHECHTER<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 07960 | | Claim Number: 10082<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC.<br>Comments: WITHDRAWN<br>DOCKET: 515 (06/12/2024) |
| UNSECURED | Claimed: | $65,000.00 |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC<br>ATTN LEGAL DEPARTMENT<br>51 UNIVERSITY ST, STE 400<br>SEATTLE, WA 98101 | | Claim Number: 10083<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $136,166.94 |
| CORNERSTONE RESEARCH<br>TWO EMBARCADERO CENTER, 20TH FL<br>SAN FRANCISCO, CA 94111 | | Claim Number: 10084<br>Claim Date: 12/11/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $41,295.00 |
| NIPPON EXPRESS USA INC<br>26534 DANTI CT, BLDG G<br>HAYWARD, CA 94545 | | Claim Number: 10085<br>Claim Date: 12/14/2023<br>Debtor: ZYMERGEN INC. |
| UNSECURED | Claimed: | $2,010.00 |

ZYMERGEN INC. C/O CLAIMS PROCESSING CTR    Case 23-11661-KBO    Doc 610    Filed 04/16/25    Page 24 of 28
Numerical Claims Register for ZYMERGEN INC (ALL DEBTORS)

Date: 04/02/2025

| | | | | |
|---|---|---|---|---|
| BRADFORD CAPITAL MANAGEMENT, LLC<br>TRANSFEROR: SIMPLELEGAL INC<br>ATTN: BRIAN BRAGER<br>PO BOX 4353<br>CLIFTON, NJ 07012 | Claim Number: 10086<br>Claim Date: 12/18/2023<br>Debtor: ZYMERGEN INC.<br>Comments: ALLOWED<br>DOCKET: 585 (11/08/2024) | | | |
| UNSECURED       Claimed: | $61,061.00 | | Allowed: | $22,000.00 |
| GOLDEN GATE OFFICE SOLUTIONS<br>927 HOWARD ST<br>SAN FRANCISCO, CA 94103 | Claim Number: 10087<br>Claim Date: 12/29/2023<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) | | | |
| ADMINISTRATIVE       Claimed: | $4,995.56 | | | |
| ADVANCED CHEMICAL TRANSPORT INC<br>C/O KARR TUTTLE CAMPBELL<br>ATTN J DINO VASQUEZ<br>701 FIFTH AVE, STE 3300<br>SEATTLE, WA 98104 | Claim Number: 10088<br>Claim Date: 01/04/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | |
| UNSECURED       Claimed: | $266,991.38 | | | |
| ADVANCED CHEMICAL TRANSPORT LLC<br>C/O KARR TUTTLE CAMPBELL<br>ATTN J DINO VASQUEZ<br>701 FIFTH AVE, STE 3300<br>SEATTLE, WA 98104 | Claim Number: 10089<br>Claim Date: 01/09/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) | | | |
| UNSECURED       Claimed: | $266,991.38 | | | |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | Claim Number: 10090<br>Claim Date: 01/30/2024<br>Debtor: ZYMERGEN INC.<br>Comments: WITHDRAWN<br>DOCKET: 428 (03/14/2024) | | | |
| PRIORITY       Claimed: | $4,072.00 | | | |
| UNSECURED       Claimed: | $440.56 | | | |

| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204 | Claim Number: 10091<br>Claim Date: 01/31/2024<br>Debtor: ENEVOLV, INC.<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |
|---|---|

| PRIORITY | Claimed: | $83,321.90 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $17,664.00 | UNLIQ |

| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON, MA 02204-7090 | Claim Number: 10092<br>Claim Date: 01/31/2024<br>Debtor: LODO THERAPEUTICS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 526 (07/17/2024) |
|---|---|

| PRIORITY | Claimed: | $1,301.13 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $270.00 | UNLIQ |

| SEYFARTH SHAW LLP<br>ATTN DAVID CROWLEY<br>233 S WACKER DR, STE 8000<br>CHICAGO, IL 60606 | Claim Number: 10093<br>Claim Date: 03/04/2024<br>Debtor: ZYMERGEN INC.<br>Comments: EXPUNGED<br>DOCKET: 525 (07/17/2024) |
|---|---|

| UNSECURED | Claimed: | $7,638.00 |
|---|---|---|

| ILLINOIS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Claim Number: 10094<br>Claim Date: 03/05/2024<br>Debtor: ZYMERGEN INC. |
|---|---|

| UNSECURED | Claimed: | $41.02 |
|---|---|---|

| FLORIDA DEPARTMENT OF REVENUE<br>ATTN FREDERICK F RUDZIK<br>PO BOX 6668<br>TALLAHASSEE, FL 32314 | Claim Number: 10095<br>Claim Date: 03/05/2024<br>Debtor: ZYMERGEN INC. |
|---|---|

| PRIORITY | Claimed: | $583.29 |
|---|---|---|
| UNSECURED | Claimed: | $542.14 |

---

NMR ASSOCIATES INC
150 RIVER ST
FITCHBURG, MA 01420

Claim Number: 10096
Claim Date: 03/13/2024
Debtor: ZYMERGEN INC.
Comments: EXPUNGED
DOCKET: 525 (07/17/2024)

| UNSECURED | Claimed: | $4,088.00 |
|---|---|---|

---

CORTEVA AGROSCIENCE LLC
C/O BARNES & THORNBURG LLP
ATTN ALLISON M SCARLOTT
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204

Claim Number: 10097
Claim Date: 03/25/2024
Debtor: ZYMERGEN INC.
Comments: EXPUNGED
DOCKET: 525 (07/17/2024)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NEW YORK CITY DEPARTMENT OF FINANCE
375 PEARL ST, 27TH FL
NEW YORK, NY 10038

Claim Number: 10098
Claim Date: 03/28/2024
Debtor: ZYMERGEN INC.
Comments: DOCKET: 540 (07/31/2024)

| PRIORITY | Claimed: | $17,600.51 | Allowed: | $12,077.22 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $126,716.52 | Allowed: | $2,606.64 |

RELIABLE HEATHCARE LOGISTICS LLC
4105 S MENDENHALL RD
MEMPHIS, TN 38115

Claim Number: 10099
Claim Date: 04/25/2024
Debtor: ZYMERGEN INC.
Comments:
AMENDS CLAIM #10010

| UNSECURED | Claimed: | $4,420.00 |
|---|---|---|

STERLING INFOSYSTEMS INC
D/B/A STERLING
6150 OAK TREE BLVD, STE 490
INDEPENDENCE, OH 44131

Claim Number: 10100
Claim Date: 06/10/2024
Debtor: ZYMERGEN INC.

| UNSECURED | Claimed: | $26.00 |
|---|---|---|

| UNITEDLEX CORPORATION | Claim Number: 10101 |
| 11501 OUTLOOK ST, STE 450 | Claim Date: 06/17/2024 |
| OVERLAND PARK, KS 66211 | Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $1,530.16 | UNLIQ |

| US SECURITIES AND EXCHANGE COMMISSION | Claim Number: 10102 |
| 950 E PACES FERRY RD NE, STE 900 | Claim Date: 09/18/2024 |
| ATLANTA, GA 30326-1382 | Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $30,000,000.00 |

| BLUE MOUNTAIN QUALITY RESOURCES | Claim Number: 10103 |
| 690 GRAYS WOODS BLVD, STE 200 | Claim Date: 12/02/2024 |
| PORT MATILDA, PA 16870 | Debtor: ZYMERGEN INC. |

| UNSECURED | Claimed: | $27,121.50 |

## Summary Page

Total Number of Filed Claims:          133

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $86,190.18 | $0.00 |
| Priority: | $189,659.71 | $13,841.13 |
| Secured: | $6,510.07 | $0.00 |
| Unsecured: | $123,521,587.74 | $30,917,010.30 |
| Total: | $123,803,947.70 | $30,930,851.43 |