# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ZYMERGEN INC.,<br><br>Liquidating Debtor. | Chapter 11<br><br>Case No. 23-11661 (KBO) |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED** that the following omnibus hearing has been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| July 25, 2025 | 9:30 a.m. (ET) |

**Dated: June 12th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**