## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZYMERGEN INC., *et al*.,[1] | Case No. 23-11661 (KBO) |
| Liquidating Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 614 & 615** |

## <u>CERTIFICATE OF SERVICE</u>

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2025, I caused to be served the:

    a. "Fifth Omnibus Objection (Substantive) to Reduced Amount Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1," dated June 11, 2024 [Docket No. 614], (the "5th Omni Objection"), and

    b. "First Notice of Satisfaction of Claims," dated June 11, 2024 [Docket No. 615], (the "1st Notice"),

by causing true and correct copies of the:

    i. 5th Omni Objection and 1st Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. 5th Omni Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii. 1st Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv. 5th Omni Objection and 1st Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

---

[1] This chapter 11 case is now being administered by the ZYM Liquidating Trust, pursuant to the terms of the Liquidating Debtors' *First Amended Joint Chapter 11 Plan of Liquidation* [D.I. 372-1]. The ZYM Liquidating Trust's mailing address is 500 East Broward Boulevard, Ste 1700, Fort Lauderdale, FL 33394.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT"

    */s/ Angela Chachoff*
    Angela Chachoff

**EXHIBIT A**

Zymergen Inc

Address Service List

| Name | Address |
|------|---------|
| DELAWARE SECRETARY OF STATE | 820 N. FRENCH ST., 10TH FLOOR    WILMINGTON DE 19801 |
| DELAWARE SECRETARY OF STATE | 401 FEDERAL ST., SUITE 3    DOVER DE 19901 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100    DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 |
| MONZACK MERSKY AND BROWDER, PA | (COUNSEL: WASTE MANAGEMENT) ATTN: RACHEL B MERSKY 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE ATTN: BENJAMIN A. HACKMAN 844 KING ST, STE 2207, LOCKBOX WILMINGTON DE 19801 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |

# Total Count: 7

**EXHIBIT B**

ZYMERGEN INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LINDE GAS & EQUIPMENT INC. | BARR CREDIT SERVICES 3444 N COUNTRY CLUB RD, STE 200 TUCSON AZ 85716 |
| MATHESON TRI-GAS INC | 909 LAKE CAROLYN PKWY, STE 1300 IRVING TX 75039 |

**Total Creditor count: 2**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| CORNERSTONE RESEARCH | TWO EMBARCADERO CENTER, 20TH FL SAN FRANCISCO CA 94111 |
| FEDERAL INSURANCE COMPANY | C/O CHUBB 202A HALL'S MILL RD, #2E WHITEHOUSE STATION NJ 08889 |
| LEVEL 3 COMMUNICATIONS LLC | 931 14TH ST DENVER CO 80202-2994 |
| LEVEL 3 COMMUNICATIONS LLC | C/O CENTURYLINK COMMUNICATIONS LLC ATTN JESSIE SCHAFER, BMG BANKRUPTCY 220 N 5TH ST BISMARCK ND 58501 |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC | ATTN DIANE GINGRICH 51 UNIVERSITY ST, STE 400 SEATTLE WA 95101 |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC | ATTN LEGAL DEPARTMENT 51 UNIVERSITY ST, STE 400 SEATTLE WA 98101 |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC | C/O SAUL EWING LLP ATTN JOHN D DEMMY 1201 N MARKET ST, STE 2300; PO BOX 1266 WILMINGTON DE 19899 |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC | C/O SCHWABE WILLIAMSON & WYATT ATTN LARRY REAM 1420 FIFTH AVE, STE 3400 SEATTLE WA 98101 |
| LIGHTHOUSE DOCUMENT TECHNOLOGIES INC | C/O SCHWABE WILLIAMSON & WYATT PC ATTN LAWRENCE R REAM & DANIEL R KUBITZ 1420 5TH AVE, STE 3400 SEATTLE WA 98101 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | ATTN ROBIN LINSENMAYER & CLAUDIA TOBLER 535 MISSION ST, 24TH FL SAN FRANCISCO CA 94105 |
| WASTE MANGEMENT | PO BOX 42930 PHOENIX AZ 85080 |

> **Total Creditor count: 11**

**EXHIBIT D**

ZYMERGEN INC.,
Case No. 23-11661 (KBO)
Electronic Mail Master Service List

| Creditor Name | Email |
| --- | --- |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DOSHI LEGAL GROUP, INC. P.C. | amish@doshilegal.com |
| GOODWIN PROCTOR LLP | hsteel@goodwinlaw.com; droeser@goodwinlaw.com; sdasaro@goodwinlaw.com; jshapiro@goodwinlaw.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | brett.fallon@faegredrinker.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP | ppascuzzi@ffwplaw.com |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com; brooks@lrclaw.com |
| LOWENSTEIN SANDLER LLP | metkin@lowenstein.com; abehlmann@lowenstein.com |
| MAYER BROWN LLP | creimer@mayerbrown.com; ktumsuden@mayerbrown.com |
| MORGAN LEWIS & BOCKIUS | jody.barillare@morganlewis.com; michael.kichline@morganlewis.com; john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS) | ra-li-ucts-bankrupt@state.pa.us |
| PACHULSKI STANG ZIEHL & JONES LLP | hkevane@pszjlaw.com; dgrassgreen@pszjlaw.com; crobinson@pszjlaw.com |

ZYMERGEN INC.,
Case No. 23-11661 (KBO)
Electronic Mail Master Service List

| Creditor Name | Email |
| --- | --- |
| PORZIO, BROMBERG & NEWMAN PC | casantaniello@pbnlaw.com; rmschechter@pbnlaw.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; astulman@potteranderson.com; rmcneill@potteranderson.com |
| ROBBINS GELLER RUDMAN & DOWD LLP | shawnw@rgrdlaw.com; dpfefferbaum@rgrdlaw.com |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| SIMPSON THACHER | david.zylberberg@stblaw.com; moshe.fink@stblaw.com |
| SULLIVAN & CROMWELL LLP | bromleyj@sullcrom.com; bakern@sullcrom.com |
| VECTIS LAW GROUP | pcostello@vectislawgroup.com |