**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZYMERGEN INC., | Case No. 23-11661 (KBO) |
| Liquidating Debtor. | |
| | **Ref. Docket No. 616** |

**CERTIFICATE OF SERVICE**

I, JACK LAWRENCE, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 12, 2025, I caused to be served the "Omnibus Hearing Order," dated June 12, 2025 [Docket No. 616], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT"

*/s/ Jack Lawrence*
Jack Lawrence

**EXHIBIT A**

Zymergen Inc

Address Service List

| Name | Address |
|------|---------|
| DELAWARE SECRETARY OF STATE | 820 N. FRENCH ST., 10TH FLOOR    WILMINGTON DE 19801 |
| DELAWARE SECRETARY OF STATE | 401 FEDERAL ST., SUITE 3    DOVER DE 19901 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100    DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 |
| MONZACK MERSKY AND BROWDER, PA | (COUNSEL: WASTE MANAGEMENT) ATTN: RACHEL B MERSKY 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE ATTN: BENJAMIN A. HACKMAN 844 KING ST, STE 2207, LOCKBOX WILMINGTON DE 19801 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |

# Total Count: 7

**EXHIBIT B**

ZYMERGEN INC.,

Case No. 23-11661 (KBO)

Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DOSHI LEGAL GROUP, INC. P.C. | amish@doshilegal.com |
| GOODWIN PROCTOR LLP | hsteel@goodwinlaw.com; droeser@goodwinlaw.com; sdasaro@goodwinlaw.com; jshapiro@goodwinlaw.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | brett.fallon@faegredrinker.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP | ppascuzzi@ffwplaw.com |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.com; brooks@lrclaw.com |
| LOWENSTEIN SANDLER LLP | metkin@lowenstein.com; abehlmann@lowenstein.com |
| MAYER BROWN LLP | creimer@mayerbrown.com; ktumsuden@mayerbrown.com |
| MORGAN LEWIS & BOCKIUS | jody.barillare@morganlewis.com; michael.kichline@morganlewis.com; john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS) | ra-li-ucts-bankrupt@state.pa.us |
| PACHULSKI STANG ZIEHL & JONES LLP | hkevane@pszjlaw.com; dgrassgreen@pszjlaw.com; crobinson@pszjlaw.com |
| PORZIO, BROMBERG & NEWMAN PC | casantaniello@pbnlaw.com; rmschechter@pbnlaw.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; astulman@potteranderson.com; rmcneill@potteranderson.com |
| ROBBINS GELLER RUDMAN & DOWD LLP | shawnw@rgrdlaw.com; dpfefferbaum@rgrdlaw.com |

ZYMERGEN INC.,
Case No. 23-11661 (KBO)
Electronic Mail Master Service List

| Creditor Name | Email |
|---|---|
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| SIMPSON THACHER | david.zylberberg@stblaw.com; moshe.fink@stblaw.com |
| SULLIVAN & CROMWELL LLP | bromleyj@sullcrom.com; bakern@sullcrom.com |
| VECTIS LAW GROUP | pcostello@vectislawgroup.com |