# UNITED STATES BANKRUPTCY COURT

DISTRICT OF __Delaware__

__Delaware__

| In re: Zymergen Inc. | § | Case No. __23-11661__ |
|---|---|---|
| | § | Lead Case No. __23-11661__ |
| | § | |
| Debtor(s) | § | ☒ Jointly Administered |

## Post-confirmation Report
Chapter 11

Quarter Ending Date: __12/31/2025__

Petition Date: __10/03/2023__

Plan Confirmed Date: __02/05/2024__

Plan Effective Date: __02/23/2024__

This Post-confirmation Report relates to: ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: __ZYM Liquidating Trust__
Name of Authorized Party or Entity

/s/ Sophie Rogers Churchill

Signature of Responsible Party

02/05/2026

Date

Sophie Rogers Churchill

Printed Name of Responsible Party

Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market St., 16th Floor
Wilmington, DE  19805
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Zymergen Inc.                                          Case No.  23-11661

## Part 1: Summary of Post-confirmation Transfers

|  | Current  Quarter | Total Since Effective  Date |
|---|---|---|
| a. Total cash disbursements | $762,630 | $48,479,349 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $762,630 | $48,479,349 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $0 | $6,608,175 | $0 | $6,608,175 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Simpson Thatcher & Bartlett LLP | Lead Counsel | $0 | $1,445,677 | $0 | $1,445,677 |
| ii | Intrepid Investment Bankers LLC | Financial Professional | $0 | $1,549,403 | $0 | $1,549,403 |
| iii | Landis Rath & Cobb LLP | Co-Counsel | $0 | $88,545 | $0 | $88,545 |
| iv | Morris, Nichols, Arnst & Tunnell | Lead Counsel | $0 | $1,944,829 | $0 | $1,944,829 |
| v | Berkeley Research Group, LLC | Financial Professional | $0 | $411,462 | $0 | $411,462 |
| vi | Chilmark Partners, LLC | Financial Professional | $0 | $1,168,259 | $0 | $1,168,259 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Zymergen Inc.                                    Case No.  23-11661

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

Debtor's Name Zymergen Inc.                                                    Case No. 23-11661

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $377,604 | $0 | $377,604 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Wilmer Cutler Pickering Hale a | Special Counsel | $0 | $157,006 | $0 | $157,006 |
| ii | Almanac IP Advisors LLP | Other | $0 | $7,170 | $0 | $7,170 |
| iii | Cooley LLP | Special Counsel | $0 | $71,766 | $0 | $71,766 |
| iv | Morgan Lewis & Bockius, LLP | Special Counsel | $0 | $10,662 | $0 | $10,662 |
| v | Womble Bond Dickinson (US) | Special Counsel | $0 | $3,875 | $0 | $3,875 |
| vi | EPIQ Corporate Restructuring | Other | $0 | $28,089 | $0 | $28,089 |

Debtor's Name Zymergen Inc.                                          Case No.  23-11661

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| vii | Abel Schillinger LLP | Special Counsel | | $0 | $12,539 | $0 | $12,539 |
| viii | Weaver Austin Villenueve and S | Special Counsel | | $0 | $19,564 | $0 | $19,564 |
| ix | Vistra | Other | | $0 | $17,882 | $0 | $17,882 |
| x | Morrison & Foerster LLP | Other | | $0 | $49,051 | $0 | $49,051 |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxviii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |

Debtor's Name Zymergen Inc.                                              Case No.  23-11661

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Zymergen Inc.                                                Case No.  23-11661

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $7,578,685 | $0 | $6,786,997 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $2,000,000 | $322,531 | $569,156 | $572,878 | 99% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $27,381 | $0 | $25,617 | $27,381 | 94% |
| d. General unsecured claims | $61,972,293 | $235,955 | $34,947,082 | $61,972,293 | 56% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                              Yes ○   No ●

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●   No ○

Debtor's Name Zymergen Inc.                                                                                        Case No.  23-11661

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Neal Goldman                                                                    Neal Goldman
Signature of Responsible Party                                          Printed Name of Responsible Party

Liquidating Trustee of the ZYM Liquidating Trust            02/05/2026
Title                                                                                        Date

Debtor's Name Zymergen Inc.                                    Case No.  23-11661


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Zymergen Inc.

Case No.  23-11661



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)