# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Delaware

Delaware

| | | |
|---|---|---|
| In re: Zymergen Inc. | § | Case No.   23-11661 |
| | § | |
| | § | Lead Case No.   23-11661 |
| _____ Debtor(s) | § | ☒ Jointly Administered |

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2026

Petition Date: 10/03/2023

Plan Confirmed Date: 02/05/2024

Plan Effective Date: 02/23/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: ZYM Liquidating Trust

Name of Authorized Party or Entity

/s/ Sophie Rogers Churchill

Signature of Responsible Party

04/28/2026

Date

Sophie Rogers Churchill

Printed Name of Responsible Party

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Zymergen Inc.                                    Case No.  23-11661

## Part 1: Summary of Post-confirmation Transfers

|  | Current  Quarter | Total Since Effective  Date |
|---|---|---|
| a. Total cash disbursements | $248,361 | $48,727,710 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $248,361 | $48,727,710 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $0 | $6,608,175 | $0 | $6,608,175 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Simpson Thatcher & Bartlett LL | Lead Counsel | $0 | $1,445,677 | $0 | $1,445,677 |
| ii | Intrepid Investment Bankers LL | Financial Professional | $0 | $1,549,403 | $0 | $1,549,403 |
| iii | Landis Rath & Cobb LLP | Co-Counsel | $0 | $88,545 | $0 | $88,545 |
| iv | Morris, Nichols, Arnst & Tunne | Lead Counsel | $0 | $1,944,829 | $0 | $1,944,829 |
| v | Berkeley Research Group, LLC | Financial Professional | $0 | $411,462 | $0 | $411,462 |
| vi | Chilmark Partners, LLC | Financial Professional | $0 | $1,168,259 | $0 | $1,168,259 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                    2

Debtor's Name Zymergen Inc.                                    Case No.  23-11661

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

UST Form 11-PCR (12/01/2021)                    3

Debtor's Name Zymergen Inc.                                      Case No.  23-11661

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $377,604 | $0 | $377,604 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Wilmer Cutler Pickering Hale a | Special Counsel | $0 | $157,006 | $0 | $157,006 |
| ii | | Almanac IP Advisors LLP | Other | $0 | $7,170 | $0 | $7,170 |
| iii | | Cooley LLP | Special Counsel | $0 | $71,766 | $0 | $71,766 |
| iv | | Morgan Lewis & Bockius, LLP | Special Counsel | $0 | $10,662 | $0 | $10,662 |
| v | | Womble Bond Dickinson (US) | Special Counsel | $0 | $3,875 | $0 | $3,875 |
| vi | | EPIQ Corporate Restructuring | Other | $0 | $28,089 | $0 | $28,089 |

UST Form 11-PCR (12/01/2021)                    4

Debtor's Name Zymergen Inc.                                                    Case No.  23-11661

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Abel Schillinger LLP | Special Counsel | | $0 | $12,539 | $0 | $12,539 |
| | viii | Weaver Austin Villenueve and S | Special Counsel | | $0 | $19,564 | $0 | $19,564 |
| | ix | Vistra | Other | | $0 | $17,882 | $0 | $17,882 |
| | x | Morrison & Foerster LLP | Other | | $0 | $49,051 | $0 | $49,051 |
| | xi | | | | | | | |
| | xii | | | | | | | |
| | xiii | | | | | | | |
| | xiv | | | | | | | |
| | xv | | | | | | | |
| | xvi | | | | | | | |
| | xvii | | | | | | | |
| | xviii | | | | | | | |
| | xix | | | | | | | |
| | xx | | | | | | | |
| | xxi | | | | | | | |
| | xxii | | | | | | | |
| | xxiii | | | | | | | |
| | xxiv | | | | | | | |
| | xxv | | | | | | | |
| | xxvi | | | | | | | |
| | xxvii | | | | | | | |
| | xxviii | | | | | | | |
| | xxix | | | | | | | |
| | xxx | | | | | | | |
| | xxxi | | | | | | | |
| | xxxii | | | | | | | |
| | xxxiii | | | | | | | |
| | xxxiv | | | | | | | |
| | xxxv | | | | | | | |
| | xxxvi | | | | | | | |
| | xxxvii | | | | | | | |
| | xxxviii | | | | | | | |
| | xxxix | | | | | | | |
| | xl | | | | | | | |
| | xli | | | | | | | |
| | xlii | | | | | | | |
| | xliii | | | | | | | |
| | xliv | | | | | | | |
| | xlv | | | | | | | |
| | xlvi | | | | | | | |
| | xlvii | | | | | | | |
| | xlviii | | | | | | | |

Debtor's Name Zymergen Inc.                                                    Case No.  23-11661

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxvii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

UST Form 11-PCR (12/01/2021)                              6

Debtor's Name Zymergen Inc.                                          Case No.  23-11661

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $7,578,685 | $0 | $6,786,997 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $2,000,000 | $0 | $569,156 | $572,878 | 99% |
| b. Secured claims | $6,510 | $0 | $0 | $6,510 | 0% |
| c. Priority claims | $28,111 | $0 | $28,111 | $28,111 | 100% |
| d. General unsecured claims | $25,775,000 | $18,692 | $34,804,837 | $62,552,420 | 56% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?                                                    Yes ○    No ◉

    If yes, give date Final Decree was entered:                  _____

    If no, give date when the application for Final Decree is anticipated:      _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ◉    No ○

Debtor's Name Zymergen Inc.                                                    Case No.  23-11661

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Neal Goldman                                              Neal Goldman
_____                                     _____
Signature of Responsible Party                                Printed Name of Responsible Party

Trustee of the ZYM Liquidating Trust                          04/28/2026
_____                                     _____
Title                                                         Date

Debtor's Name Zymergen Inc.                                                      Case No.  23-11661



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                          9

Debtor's Name Zymergen Inc.                                    Case No.  23-11661



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                    10