**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| ZYMERGEN INC.,[1] | Case No. 23-11661 (KBO) |
| Liquidating Debtor. | **Re: D.I. 496** |

**(THIRD) SUPPLEMENTAL ORDER SUSTAINING SECOND OMNIBUS**
**OBJECTION (SUBSTANTIVE) TO NO LIABILITY, REDUCED**
**AMOUNT, AND RECLASSIFIED CLAIMS PURSUANT TO**
**11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1**

Upon the objection (the "Objection")[2] of the Liquidating Trust, pursuant to 11 U.S.C. § 502, Bankruptcy Rule 3007, and Local Rule 3007-1, seeking to disallow and expunge, reduce, or reclassify certain claims, including the claim filed by the Department of the Treasury – the Internal Revenue Service (the "IRS"); and upon the Bogen Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Objection having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Objection is in the best interests of the creditors and other parties in interest in this case; and after due deliberation and sufficient cause appearing therefor;

---

[1]    This chapter 11 case is now being administered by the ZYM Liquidating Trust, pursuant to the terms of the Liquidating Debtors' *First Amended Joint Chapter 11 Plan of Liquidation* [D.I. 372-1].  The ZYM Liquidating Trust's mailing address is 500 East Broward Boulevard, Ste 1700, Fort Lauderdale, FL 33394.

[2]    Capitalized terms used but not defined herein are defined in the Objection.

IT IS HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED as set forth herein.

2.      The ZYM Liquidating Trust shall make one payment to the United States in the amount of $100,000, comprising a $47,000 payment on account of the IRS's Priority Tax Claim and a $53,000 payment on account of the IRS's General Unsecured Claim, in full and final satisfaction of all claims of the IRS against the Debtors, whether filed or scheduled, including Proof of Claim No. 3 filed by the IRS, except as provided under section 503(b)(1)(B) of the Bankruptcy Code.

3.      All rights of the Debtors and the ZYM Liquidating Trust to object to any future claims asserted by the IRS against the Debtors are fully reserved and preserved.

4.      All rights, claims, and causes of action of the Debtors and the ZYM Liquidating Trust against third parties with respect to any tax liabilities of the Debtors, including any tax claims asserted against the Debtors, are fully reserved and preserved, including, without limitation, all rights, claims, and causes of action arising from the *Amended and Restated Asset Purchase Agreement Between Ginkgo Bioworks, Inc. and Zymergen Inc., Lodo Therapeutics Corporation, Enevolv, Inc., and Genesis Acquisition Sub LLC*, dated as of December 21, 2023.

5.      The Liquidating Trust, Epiq, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

6.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: April 29th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**